IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:06-cv-1833 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 8th day of September, 2011, upon consideration of the Stipulation of Dismissal (Doc. No. 187) filed by consolidated plaintiff AvMed, Inc. and the defendants in the above-captioned suit, it is hereby **ORDERED** that AvMed, Inc.'s claims be dismissed with prejudice, with each party bearing its respective costs, including attorneys' fees.

BY THE COURT:

/s/ Mitchell S. Goldberg, J.