IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2:06-cv-1833 File
2:06-cv-2768 X

Civil Action No# 2:06-cv-1797 X

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Catherine E. Creely__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __365201__, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| Virginia | 10/29/2007 | 74796 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 08/11/2008 | 982539 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| VA Eastern Bankuptcy | 12/02/2008 |  |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*     Mylan Laboratories, Inc. & Mylan Pharmaceuticals, Inc.

(Applicant's Signature)

2-24-14
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue NW

Washington, DC 20036

202-887-4000

Sworn and subscribed before me this

24th Day of February, 2014

Notary Public

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Catherine E. Creely____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Katherine M. Katchen | [signature] | 02/23/2001 | 80395 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Akin Gump Strauss Hauer & Feld LLP

Two Commerce Square, 2001 Market Street, Suite 4100

Philadelphia, Pennsylvania 19103-7013

NOTARIAL SEAL
WILLIAM R WALLACE JR
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Jan 19, 2016

Sworn and subscribed before me this

24 Day of Feburary 2004

William R. Wallace Jr.
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG CO. OF FLORENCE INC., et al.<br>v.<br>CEPHALON, INC., et al. | : <br>: Civil Action No. 06-cv-1797<br>: |

---

| | |
|---|---|
| VISTA HEALTHPLAN, INC.<br>v.<br>CEPHALON, INC., et al. | :<br>: Civil Action No. 06-cv-1833<br>: |

---

| | |
|---|---|
| APOTEX INC.<br>v.<br>CEPHALON, INC., et al. | :<br>: Civil Action No. 06-cv-2768<br>: |

---

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Catherine E. Creely, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served on all counsel of record via electronic mail.

*[signature]*
Signature of Attorney

Katherine M. Katchen
Name of Attorney

Mylan Inc. f/k/a Mylan Laboratories Inc.
and Mylan Pharmaceuticals Inc.
Name of Moving Party

2-25-14
Date

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG CO. OF FLORENCE INC., et al.<br>v.<br>CEPHALON, INC., et al. | : <br>: Civil Action No. 06-cv-1797<br>: |

---

| | |
|---|---|
| VISTA HEALTHPLAN, INC.<br>v.<br>CEPHALON, INC., et al. | :<br>: Civil Action No. 06-cv-1833<br>: |

---

| | |
|---|---|
| APOTEX INC.<br>v.<br>CEPHALON, INC., et al. | :<br>: Civil Action No. 06-cv-2768<br>: |

---

## ORDER

AND NOW, this _____ Day of _____, 2014, it is hereby

ORDERED that the application of Catherine E. Creely, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.