IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., et al., Plaintiffs, | : : : | CIVIL ACTION |
| v. | : : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., Defendants. | : : : | |

## ORDER

**AND NOW,** this 25th day of February, 2014, it is **ORDERED** that the application of Catherine E. Creely, Esquire (doc. no. 282), to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.

                                                                          **BY THE COURT:**

                                                                          **/s/ Mitchell S. Goldberg**
                                                                          _____
                                                                          **Mitchell S. Goldberg, J.**