# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 13th day of March, 2014, upon consideration of the Direct Purchaser Class Plaintiffs' Motion for Partial Summary Judgment on the Patent Issues (06-1797, doc. no. 518), the End Payor Class Plaintiffs' Motion for Partial Summary Judgment (06-1833, doc. no. 233), and Apotex's Motion for Partial Summary Judgment as to Antitrust Liability and Monopoly Power (06-2768, doc. no. 601), Cephalon and the Generic Defendants' responses thereto, and the replies, and for the reasons detailed in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- The Direct Purchasers' motion is **GRANTED IN PART**, as outlined in the opinion.

- The End Payors' motion is **GRANTED IN PART**, as outlined in the opinion.

- Apotex's motion is **GRANTED IN PART**, as outlined in the opinion. The monopoly power portion of Apotex's motion will be resolved separately.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**