IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:06-cv-1833 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 6th day of February, 2015, it is hereby **ORDERED** that a hearing on the "End Payor Plaintiffs' Motion for Class Certification" will commence on **Tuesday, March 24, 2015** at **10:00 a.m.** in Courtroom 4B.[1]

                              **BY THE COURT:**

                              **/s/ Mitchell S. Goldberg**
                              **Mitchell S. Goldberg, J.**

---

[1] The Court has reserved March 25, 2015 to complete the hearing, if necessary.