IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:06-cv-1833 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 22nd day of April, 2015, it is hereby **ORDERED** that oral argument on the "End Payor Plaintiffs' Motion for Class Certification" (Doc. No. 337) will be held on **Wednesday, May 6, 2015** at **10:00 a.m.** in Courtroom 4B.

                                                    **BY THE COURT:**

                                                    **/s/ Mitchell S. Goldberg**

                                                    **Mitchell S. Goldberg, J.**