IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:06-cv-1833 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| | : | |

# ORDER

**AND NOW,** this 1st day of June, 2015, upon consideration of "End Payor Plaintiffs' Motion for Class Certification" (Doc. No. 337) and the response and reply thereto, it is hereby **ORDERED** that the motion is **DENIED**. A Memorandum Opinion setting forth the reasons for this ruling will be issued shortly.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**