# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, | |
| Plaintiffs, | Case No. 2:06-cv-1833 (MSG) |
| | Honorable Mitchell S. Goldberg |
| v. | |
| CEPHALON, INC., *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS ON BRIEFING IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS WITH CEPHALON, MYLAN AND RANBAXY, FOR PRELIMINARY CERTIFICATION OF SETTLEMENT CLASSES, AND FOR PERMISSION TO DISSEMINATE NOTICE OF THE PROPOSED SETTLEMENTS TO MEMBERS OF THE SETTLEMENT CLASSES

AND NOW, this **20th** day of **December**, 2018, upon consideration of End-Payor Plaintiffs' Unopposed Motion for additional pages for briefing in the above-captioned action in connection with the Motion for Preliminary Approval of Proposed Settlements with Cephalon, Mylan and Ranbaxy, for Preliminary Certification of Settlement Classes, And for Permission To Disseminate Notice of The Proposed Settlements To Members of The Settlement Classes, it is **ORDERED** that the motion is **GRANTED** and End-Payor Plaintiffs are permitted to file an opening brief in support of preliminary approval of up to sixty-five (65) pages.

**BY THE COURT:**

_____
The Honorable Mitchell S. Goldberg
United States District Judge