IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*,<br><br>               Plaintiffs,<br><br>               v.<br><br>CEPHALON, INC., *et al.*,<br><br>               Defendants. | Case No. 2:06-cv-1833 (MSG)<br>Honorable Mitchell S. Goldberg |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS WITH CEPHALON, MYLAN AND RANBAXY, FOR PRELIMINARY CERTIFICATION OF SETTLEMENT CLASSES, AND FOR PERMISSION TO DISSEMINATE NOTICE OF THE PROPOSED SETTLEMENTS TO MEMBERS OF <u>THE SETTLEMENT CLASSES</u>**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure Plaintiffs Shirley Panebianco, Vista Healthplan, Inc. (n/k/a Coventry Health Care of Florida, Inc.), District Council 37 Health & Security Plan, Pennsylvania Employees Benefit Trust Fund, and Pennsylvania Turnpike Commission ("End-Payor Plaintiffs" or "Plaintiffs") hereby move for Preliminary Approval of Settlements with Cephalon, Mylan and Ranbaxy, for Preliminary Certification of Settlement Classes, and for Permission to Disseminate Notice of the Proposed Settlements to Members of the Settlement Classes (the "Motion"). In support of this motion Plaintiffs rely on the accompanying Memorandum of Law, Declaration of Joseph H. Meltzer and the exhibits thereto. A proposed form of Order is attached.

Dated:  March 26, 2019

                                                            *s/ Joseph H. Meltzer*
                                                             **Kessler Topaz Meltzer & Check, LLP**
                                                             Joseph H. Meltzer
                                                             Terence S. Ziegler
                                                             280 King of Prussia Road
                                                             Radnor, PA 19087
                                                             Tel: (610) 667-7706

**Spector Roseman & Kodroff, P.C.**
John A. Macoretta
Jeffrey L. Kodroff
Diana J. Zinser
2001 Market Street - Suite 3420
Philadelphia, PA 19103
Tel: (215)496-0300

**Criden & Love, P.A.**
Kevin B. Love
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Tel: (305) 357-9000

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2019, a true and correct copy of the foregoing document was electronically filed, will be available for viewing and downloading from the Court's ECF system and will be served by CM/ECF upon all counsel of record.

*s/ Joseph H. Meltzer*