IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CEPHALON, INC., *et al.*,<br><br>Defendants. | Case No. 2:06-cv-1833 (MSG)<br>Honorable Mitchell S. Goldberg |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS ON BRIEFING IN SUPPORT OF END-PAYOR PLAINTIFFS':
(1) MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENTS WITH CEPHALON, MYLAN AND RANBAXY, FOR CERTIFICATION OF SETTLEMENT CLASSES, AND FOR FINAL APPROVAL OF PLAN OF ALLOCATION; AND (2) MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR THE CLASS <u>REPRESENTATIVES</u>**

End-Payor Plaintiffs ("Plaintiffs") hereby move this Court for an order allowing for additional pages for briefing in the above-captioned action in connection with their: (1) Motion for Final Approval of Proposed Settlements with Cephalon, Mylan and Ranbaxy, for Certification of Settlement Classes, and for Final Approval of Plan of Allocation ("Final Approval Motion"); and (2) Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for the Class Representatives ('Fee Motion"). In support thereof, Plaintiffs aver as follows:

1.  In accordance with this Court's August 6, 2019 Preliminary Approval Order (ECF No. 592), Plaintiffs have prepared and anticipate filing the above referenced motions, with supporting briefs and declarations, on December 16, 2019 in connection with seeking final approval of proposed Settlements with Cephalon, Mylan and Ranbaxy and an award of attorney fees, reimbursement of litigation expenses and service awards for the Class representatives.

2.  The Court's Policies and procedures require that any brief filed in support of motions should be limited to twenty-five (25) pages.

3.  Due to the complexity and long history of this litigation, as well as the multiple factors that this Court is required to consider under Fed. R. Civ. P. 23(e) and Third Circuit precedent when presented with a request for final approval of class action settlements and final certification of settlement classes, Plaintiffs require more than twenty-five pages to fully address all relevant topics in their memorandum of law seeking final approval of the Settlements and certification of the Settlement Classes. Accordingly, Plaintiffs respectfully request leave of Court to file a memorandum of law in support of their Final Approval Motion of up to fifty (50) pages.

4. Plaintiffs also respectfully request leave of the Court to file a memorandum of law in support of their Fee Motion of up to thirty-five (35) pages in order to fully address all relevant factors, history and information supporting the motion.

5. Plaintiffs submit that good cause, as set forth above, exists for their request and that the relief requested will enable a thorough presentation of the support for the motions thereby assisting the Court in its analysis of same.  End-Payor Plaintiffs have advised counsel for Defendants of their intention to make this request for an extension of page limits and counsel for Defendants has advised that Defendants do not object to same.

6. WHEREFORE, the End-Payor Plaintiffs move the Court for an Order permitting them to file memoranda of law in support of their Final Approval Motion and Fee Motion, with page limitations of up to fifty (50) pages and thirty-five (35) pages, respectively.

Respectfully submitted,

Dated:  December 9, 2019

By:  *s/ Joseph H. Meltzer*
Joseph H. Meltzer
Terence S. Ziegler
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Jeffrey L. Kodroff
John A. Macoretta
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

2

Kevin B. Love
**CRIDEN & LOVE, P.A.**
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Tel: (305) 357-9000

*Co-Lead Counsel for*
*End-Payor Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 9, 2019, the foregoing was filed electronically and made available for viewing and downloading from the court's ECF system by all counsel.

                                                */s/ Joseph H. Meltzer*
                                                Joseph H. Meltzer