IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br><br> Defendants. | Case No. 2:06-cv-1833 (MSG) <br> Honorable Mitchell S. Goldberg |

**END-PAYOR PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENTS WITH ALL DEFENDANTS, FOR CERTIFICATION OF SETTLEMENT CLASSES, AND FOR <u>FINAL APPROVAL OF PLAN OF ALLOCATION</u>**

Pursuant to Rule 23(e)(2) of the Federal Rules of Civil Procedure Plaintiffs Shirley Panebianco, Vista Healthplan, Inc. (n/k/a Coventry Health Care of Florida, Inc.), District Council 37 Health & Security Plan, Pennsylvania Employees Benefit Trust Fund, and Pennsylvania Turnpike Commission ("End-Payor Plaintiffs" or "Plaintiffs") hereby move for Final Approval of the Settlements with Defendants Cephalon, Mylan and Ranbaxy,[1] for Certification of Settlement Classes, and for Final Approval of the Plan of Allocation (the "Motion"). In support of this motion Plaintiffs rely on the accompanying Memorandum of Law, Declaration of Joseph H. Meltzer and the exhibits thereto. A proposed form of Order is attached.

Dated: December 16, 2019

*s/ Joseph H. Meltzer*
**Kessler Topaz Meltzer & Check, LLP**
Joseph H. Meltzer
Terence S. Ziegler
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706

---

[1] "Cephalon" refers collectively to (a) Cephalon, Inc. ("Cephalon"); (b) Barr Laboratories, Inc. ("Barr"): and (c) Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. (collectively "Teva"). "Mylan" refers collectively to Mylan Inc., (formerly known as Mylan Laboratories Inc.) and Mylan Pharmaceuticals Inc. "Ranbaxy" refers collectively to Sun Pharmaceutical Industries, Ltd. as successor in interest to Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc.

2

**Spector Roseman & Kodroff, P.C.**
John A. Macoretta
Jeffrey L. Kodroff
Diana J. Zinser
2001 Market Street - Suite 3420
Philadelphia, PA 19103
Tel: (215)496-0300

**Criden & Love, P.A.**
Kevin B. Love
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Tel: (305) 357-9000

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2019, a true and correct copy of the foregoing document was electronically filed, will be available for viewing and downloading from the Court's ECF system and will be served by CM/ECF upon all counsel of record.

*s/ Joseph H. Meltzer*
Joseph H. Meltzer