IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., *et al.*, <br><br> Defendants. | Case No. 2:06-cv-1833 (MSG) <br> Honorable Mitchell S. Goldberg |

**ORDER AUTHORIZING A SUPPLEMENTAL DISTRIBUTION TO ELIGIBLE CONSUMER CLAIMANTS FROM REMAINING UNDISTRIBUTED SETTLEMENT FUNDS**

**AND NOW**, this __13th__ day of June, 2023, upon consideration of End-Payor Plaintiffs' Motion seeking an Order Authorizing Supplemental Distribution to Eligible Consumer Claimants From Remaining Undistributed Settlement Funds (Doc. No. 628), and the Declarations of Donna Siegel Moffa, Esq., and the Settlement Administrator, Eric J. Miller (the "Miller Declaration") in support thereof (Doc. Nos. 628-1 & -2), and pursuant to paragraphs 3 and 9 the Court's Order Approving End-Payor Plaintiffs' Distribution of The Settlement Funds (the "Distribution Order") and the Distribution Plan approved therein:

It is **ORDERED** that the motion is **GRANTED**;

**It is further ORDERED** that the Settlement Administrator shall make a supplemental distribution from the Total Remaining Undistributed Settlement Funds for payments, as recommended in ¶¶ 14 and 15 of the Miller Declaration, to:

1) the eleven Consumer Claimants, identified by claim number and recommended payment on Exhibit A to the Miller Declaration, whose claims the Settlement Administrator has determined were erroneously rejected in whole or part during claims processing; and

2) the Consumer Claimants identified by claim number and amount of recommended adjustment payments on Exhibit B to the Miller Declaration.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
The Honorable Mitchell S. Goldberg
United States District Judge